IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 05-2718 DP |
| SCI TENNESSEE FUNERAL SERVICES, INC. d/b/a MEMPHIS FUNERAL HOME and FAMILY FUNERAL CARE, | ) ) ) ) ) | |
| and | ) ) | |
| SERVICE CORPORATION INTERNATIONAL, | ) ) ) | |
| Defendants. | ) ) | |

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a Telephonic Scheduling Conference was held on Monday, December 12, 2005. Present were Carson Owen, counsel for Plaintiff and Maurice Wexler and Angie C. Davis, counsel for Defendants. At the conference the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1):**
The parties shall exchange initial disclosures required by Rule 26(a)(1) Fed.R.Civ.Pro., on or before Thursday, January 12, 2006.

**JOINING PARTIES:** By Monday, March 13, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/21/05

M AXD 917054 v1
2781581-000068 12/12/05



**AMENDING PLEADINGS:** By Monday, March 13, 2006

**INITIAL MOTIONS TO DISMISS:** By Wednesday, April 12, 2006

**COMPLETING ALL DISCOVERY:** By Friday, September 15, 2006

    **(a) DOCUMENT PRODUCTION:** By Friday, September 15, 2006

    **(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** By September 15, 2006

    **(c) EXPERT WITNESS DISCLOSURE (Rule 26 (a)(2))**

        **(1) DISCLOSURE BY PLAINTIFF AND DEFENDANT OF INITIAL EXPERT INFORMATION AND EXPERT REPORTS:** By Thursday, June 15, 2006

        **(2) DISCLOSURE BY PLAINTIFF AND DEFENDANT OF RESPONSIVE EXPERT INFORMATION AND EXPERT REPORTS:** By Tuesday, August 15, 2006

        **(3) EXPERT WITNESS DEPOSITIONS:** By Discovery Deadline

**FILING DISPOSITIVE MOTIONS:** By Wednesday, November 15, 2006

**OTHER RELEVANT MATTERS:**

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer or objection, which is the subject of the motion, if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for jury trial, and the trial is expected to last five (5) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    This case is appropriate for ADR.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

M AXD 917054 v1
2781581-000068 12/12/05

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
DATE: December 19, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02718 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Angie Davis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James Lee
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Stephen D. Goodwin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Stephen D. Goodwin  
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ  
165 Madison Ave.  
Ste. 2000  
Memphis, TN 38103  

Angie Davis  
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ  
165 Madison Ave.  
Ste. 2000  
Memphis, TN 38103  

Maurice Wexler  
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ  
165 Madison Ave.  
Ste. 2000  
Memphis, TN 38103  

Gwendolyn Young Reams  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
1407 Union Avenue  
Ste. 621  
Memphis, TN 38104  

Carson L. Owen  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
1407 Union Avenue  
Ste. 621  
Memphis, TN 38104  

James Lee  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
1407 Union Avenue  
Ste. 621  
Memphis, TN 38104  

Katharine W. Kores  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
1407 Union Avenue  
Ste. 621  
Memphis, TN 38104  

Carson L. Owen  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
1407 Union Avenue  
Ste. 621  
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Maurice Wexler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT